UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| GENWORTH LIFE INSURANCY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PEARL HARPER and KIM HART,<br><br>Defendants. | CAUSE NO.: 2:23-CV-131-TLS-JEM |

## ORDER

This matter is before the Court on Genworth Life Insurance Company's ("Genworth's") Agreed Motion for Final Judgment Order in Interpleader [ECF No. 30], filed on September 7, 2023.

**THE COURT HEREBY FINDS THAT:**

1. On April 19, 2023, Genworth filed its Complaint for Interpleader pursuant to 28 U.S.C. §§ 1335, 1397, and 2361 to resolve competing claims to the proceeds of an individual single premium deferred annuity contract, designated Annuity Contract No. 415756575, (the "Annuity Contract") issued by Genworth's predecessor, General Electric Capital Assurance Company, to Marion Mack, as Owner and Annuitant. ECF No. 1.

2. This Court has jurisdiction over the subject matter of this cause and over the parties.

3. Genworth has established that there are competing claims and that a real and reasonable fear of multiple liability exists, and it has done all that is required by law to perfect its interpleader action.

4. On May 8, 2023, Genworth deposited its admitted liability under the Annuity Contract in the amount of $31,423.56, representing the death benefit under the Annuity Contract plus accrued interest, into the Registry of this Court, subject to this Court's further order as to whom among the Defendants is entitled to receive those proceeds. ECF No. 10.

5. Genworth has acted in good faith by interpleading the proceeds of Annuity Contract No. 415756575 and depositing its admitted liability with the Clerk of the Court.

6. Genworth has properly served a copy of this Agreed Motion for Final Judgment Order in Interpleader on Pearl Harper and Kim Hart.

7. In the Notice of Settlement and Request to Vacate September 13, 2023 Settlement Conference [ECF No. 32], Defendants Pearl Harper and Kim Hart agreed to the relief sought in the instant Motion and that Genworth should be awarded $5,000.00, representing a portion of its actual court costs and attorneys' fees incurred in connection with prosecuting the Complaint for Interpleader, to be deducted from the amount deposited with the Court. ECF No. 32; *see* ECF No. 30 ¶ 7.

8. Genworth is entitled to be discharged from this litigation in accordance with the terms hereinafter provided in this Order.

**IT IS HEREBY ORDERED THAT:**

A. Pearl Harper and Kim Hart are enjoined during the pendency of this case and thereafter permanently and perpetually, from commencing or prosecuting any proceeding or claim against Genworth Life Insurance Company and/or its agents in any state or federal court or other forum with respect to proceeds payable under the terms of Annuity Contract No. 415756575, and on account of the death of Marion Mack, the annuitant, and said injunction shall issue without bond or surety;

B. Judgment is granted to Genworth Life Insurance Company with the finding that it has no further liability to Pearl Harper or Kim Hart, or to any person or entity claiming through them, for the death benefit payable under the terms of Annuity Contract No. 415756575 or on account of the death of Marion Mack;

C. Genworth Life Insurance Company has acted in good faith by interpleading the proceeds of Annuity Contract No. 415756575 and depositing its admitted liability with the Clerk of the Court;

D. Genworth Life Insurance Company is excused from further attendance on this cause and dismissed from this case with prejudice with an express finding pursuant to Fed. R. Civ. P. 54(b) that there is no just reason for delaying either enforcement or appeal of the interpleader judgment, and Pearl Harper and Kim Hart are ordered to litigate their claims and contentions to the proceeds of Annuity Contract No. 415756575 without further involving Genworth Life Insurance Company;

E. Genworth Life Insurance Company is permitted to include the complete financial account number for Annuity Contract No. 415756575, and as allowed under Fed. R. Civ. P. 5.2 upon court order;

F. The Clerk of Court shall disburse $5,000.00 via a check made payable to Genworth Life Insurance Company, which shall be mailed to Kaitlyn E. Luther, Chittenden, Murday, & Novotny LLC, 303 W. Madison, Suite 2400, Chicago, Illinois 60606; and

G. This case remains pending as to Defendants Pearl Harper and Kim Hart.

SO ORDERED on December 18, 2023.

                                                 s/ Theresa L. Springmann
                                                 JUDGE THERESA L. SPRINGMANN
                                                 UNITED STATES DISTRICT COURT