UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| GENWORTH LIFE INSURANCY COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>PEARL HARPER and KIM HART,<br><br>    Defendants. | CAUSE NO.: 2:23-CV-131-TLS-JEM |

**ORDER**

On May 5, 2023, Plaintiff Genworth Life Insurance Company ("Genworth") deposited its admitted liability under an Annuity Contract, $31,423.56, into the Registry of this Court, representing the death benefit under the Annuity Contract plus accrued interest. ECF No. 10. On December 14, 2023, the Court held a telephonic status conference, *see* ECF No. 41, during which Defendants Kim Hart, by Counsel, and Pearl Harper, appearing pro se, orally stipulated to the distribution of the deposited proceeds as follows:

1. Payment to Genworth of $5,000;

2. ½ the remaining to Kim Hart, C/O BOYER & BOYER, 110 W. Berry St., Suite 1910, Fort Wayne, IN 46802; and

3. ½ the remaining to Pearl Harper, 715 Spring Ave., Jackson, MS 39213.

By separate order, the Court has directed the payment of $5,000 to Genworth and has dismissed Genworth with prejudice pursuant to Federal Rule of Civil Procedure 54(b). The Court hereby GRANTS the oral stipulation of the remaining parties, Defendants Kim Hart and Pearl Harper, and DIRECTS the Clerk of Court to disburse the remaining proceeds to Defendants Pearl Harper and Kim P. Hart in equal amounts, by separate checks. Having granted the

Plaintiff's request for interpleader relief, and the Defendants having agreed to a distribution of the deposited proceeds, there are no remaining issues in this case. Therefore, the Court DISMISSES this case with prejudice.

SO ORDERED on December 18, 2023.

s/ Theresa L. Springmann  
JUDGE THERESA L. SPRINGMANN  
UNITED STATES DISTRICT COURT
