AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

GENWORTH LIFE INSURANCE COMPANY
**Plaintiff**

v.  **Civil Action No.** 2:23-cv-131

PEARL HARPER,

KIM HART
**Defendants**

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X** Plaintiff Genworth Life Insurance Company recover from defendants Kim Hart and Pearl Harper the amount Five Thousand and 00/100 dollars ($5,000.00) plus post-judgment interest at the rate of 5.01%.

Defendants Kim Hart and Pearl Harper each recover from plaintiff Genworth Life Insurance Company the amount of Thirteen Thousand Two Hundred Eleven and 78/100 dollars ($13,211.78) plus post-judgment interest at the rate of 5.01 %.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: Judgment is ENTERED in favor of plaintiff Genworth Life Insurance Company and against defendants Pearl Harper and Kim Hart. This case is DISMISSED with prejudice.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Theresa L. Springmann on an Agreed Motion for Final Judgment Order in Interpleader and an Oral Stipulation.

DATE:  December 19, 2023               CHANDA J. BERTA, CLERK OF COURT

                                       by    s/N. Long
                                             *Signature of Clerk or Deputy Clerk*